**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :   Chapter 11
                                                             :
BEARINGPOINT, INC., et al.,                                  :
                                                             :   Case No.: 09-10691 (REG)
                                                             :
Debtors.                                                     :   (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
JOHN DeGROOTE SERVICES, LLC                                  :
                                                             :
        Plaintiff,                                           :
                                                             :
vs.                                                          :
                                                             :   Adv. Pro. No.: 10-03858 (REG)
CONVERGYS CUSTOMER MANAGEMENT                                :
GROUP, INC.                                                  :
                                                             :
        Defendant.                                           :
------------------------------------------------------------ x
```

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiff John DeGroote Services, LLC, in its capacity as Liquidating Trustee of the BearingPoint, Inc. Liquidating Trust (the "Liquidating Trust"), and defendant Convergys Customer Management Group, Inc. (collectively, the "Parties"), by their respective undersigned counsel, hereby stipulate and agree as follows:

The date by which Convergys Customer Management Group, Inc. must answer, move, or otherwise plead in response to the complaint filed by Plaintiff in the above-captioned adversary proceeding shall be extended to December 7, 2010. The pretrial conference scheduled by this Court on December 16, 2010 at 9:45 a.m. (ET) will proceed as scheduled.

[SIGNATURES ON FOLLOWING PAGE]

Dated: November 8, 2010

| | |
|---|---|
| */s/ Nicholas Zugaro (via e-mail authorization dated November 8, 2010)*<br>MCKOOL SMITH P.C.<br>Peter S. Goodman<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444<br><br>- and –<br><br>MCKOOL SMITH P.C.<br>Basil A. Umari (*pro hac vice*)<br>Nicholas Zugaro (*pro hac vice*)<br>600 Travis, Suite 7000<br>Houston, TX 77002<br>Telephone: (713) 485-7300<br>Facsimile: (713) 485-7344<br><br>*Counsel to the Liquidating Trustee* | */s/ Michael J. O'Grady*<br>FROST BROWN TODD LLC<br>Michael J. O'Grady<br>Ohio Bar No. 0065233<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, Ohio 45202<br>513-651-6800  Telephone<br>513-651-6981  Facsimile<br><br>*Counsel for Convergys Customer Management Group, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation to Extend Time to Answer or Otherwise Plead was served on November 8, 2010 via ECF Noticing to all parties receiving ECF Notice in this adversary proceeding.

/s/ Michael J. O'Grady  
Michael J. O'Grady